IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROSA VENETA VAUGHN,

        Plaintiff,
  v.

OFFICER BONAVENTURE, et al.,

        Defendants.
_____/

No. C 12-05793 RS

**CASE MANAGEMENT
SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 9, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    DISCOVERY. On or before November 8, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

    2.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not

1  more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The
2  joint letter must be electronically filed under the Civil Events category of "Motions and Related
3  Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter
4  is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge
5  may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After
6  a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
7  Judge's procedures.

   3.   EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and
opinions shall proceed as follows:

   A.   On or before November 8, 2013, parties will make initial expert disclosures in
accordance with Federal Rule of Civil Procedure 26(a)(2).

   B.   On or before February 7, 2014, all discovery of expert witnesses pursuant to
Federal Rule of Civil Procedure 26(b)(4) shall be completed.

   4.   FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case
Management Conference shall be held on **November 14, 2013 at 10:00 a.m.** in Courtroom 3,
17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The
parties shall file a Joint Case Management Statement at least one week prior to the Conference.

   5.   PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
Civil Local Rule 7.  All pretrial motions shall be heard no later than **December 19, 2013 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San
Francisco, California.

   6.   PRETRIAL CONFERENCE.  The final pretrial conference will be held on
**February 13, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450
Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the
case shall attend personally.

CASE MANAGEMENT SCHEDULING ORDER

7. TRIAL DATE. Trial shall commence on **February 24, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff is advised that she may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415/782-9000 x8657, or signing up for an appointment on the 15th floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiffs may speak with an attorney who may be able to provide basic legal help but not legal representation.

IT IS SO ORDERED.

DATED: 5/9/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3