IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSA VENETA VAUGHN, et al., | No. C 12-05793 RS |
| Plaintiffs, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| OFFICER BONAVENTURE, et al., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 14, 2013. After considering the Case Management Statement submitted by defendants and consulting with plaintiff, appearing pro se, and the attorney of record for defendants and good cause appearing, IT IS HEREBY ORDERED THAT:

1.  DISCOVERY.

Plaintiffs Rosa Veneta Vaughn and Delvon Morgan, Jr., are ordered to appear at defense counsel's office to be deposed by defendants on Thursday, January 9, 2014 at 10:00 a.m.

As stated in the previous scheduling order issued May 9, 2013, discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of

1  documents or for inspection per party; and (d) a reasonable number of requests for admission per
2  party.

3      2.    DISCOVERY DISPUTES.

4  As stated in the May 9, 2013 scheduling order, discovery disputes will be referred to a
5  Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter
6  of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added.
7  The joint letter must be electronically filed under the Civil Events category of "Motions and
8  Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom
9  the matter is assigned will advise the parties of how that Judge intends to proceed. The
10 Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or
11 a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed
12 pursuant to that Judge's procedures.

13     3.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case
14 Management Conference shall be held on **March 6, 2014 at 10:00 a.m.** in Courtroom 3, 17th
15 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The
16 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

17     4.    FURTHER SCHEDULING. The deadlines for discovery and other dates set in
18 the May 9, 2013 scheduling order are hereby vacated. The parties are instructed to meet and
19 confer regarding further scheduling in advance of the further CMC and to propose additional
20 dates in their Joint Case Management Statement.

22     IT IS SO ORDERED.

24 DATED:   November 14, 2013

                                    RICHARD SEEBORG
                                    United States District Judge

CASE MANAGEMENT SCHEDULING ORDER